PROB 12B  
(7/93)

Report Date: 05/01/2012

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Timothy Roullier | Case Number: 2:08CR00121-001 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea | |
| Date of Original Sentence: 10/29/2009 | Type of Supervision: Supervised Release |
| Original Offense: Making and Counterfeiting an Obligation of the United States, 18 U.S.C. § 471; Aiding and Abetting the Passing and Uttering a Falsely Made, Forged, and Counterfeited Obligation of the United States, 18 U.S.C. § 472 and 2 | Date Supervision Commenced: 02/22/2010 |
| Original Sentence: Prison - 14 Months; TSR - 36 Months | Date Supervision Expires: 02/21/2013 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

19    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Timothy Roullier violated conditions of his supervised release by consuming methamphetamine on or about April 22, 2012, contrary to condition #7 of the conditions of supervised release.

On April 25, 2012, Mr. Roullier was summoned to the U.S. Probation Office in Spokane, Washington, for urinalysis testing. Prior to providing the specimen, Mr. Roullier admitted to consuming methamphetamine on or about April 22, 2012. In addition, the offender signed an admission of drug use form, acknowledging methamphetamine

consumption on the above-referenced date. Subsequently, the sample was forwarded to Knoll Laboratories for further analysis. Timothy Roullier advised that he consumed the controlled substance with his daughter's husband.

The offender explained that he has had significant relationship problems with his wife and other family members for some time.

**U.S. Probation Officer Action:**

As an intermediate sanction, Timothy Roullier was directed to abstain from the use of controlled substances while under supervision. He agreed to participate in phase urinalysis testing and a chemical dependency evaluation. The undersigned referred the offender for the Substance Treatment and Education Program (STEP) to address any potential issues surrounding the use of illicit drugs.

On April 26, 2012, the offender signed a Waiver of Hearing agreeing to participate in a substance abuse evaluation and submit to phase urinalysis testing, as directed by the supervising probation officer. It is respectfully recommended that the Court adopt the Waiver of Hearing to modify the conditions as outlined above.

It is hoped that the intermediate sanction imposed meets with the expectations of the Court. Please advise should Your Honor require a different course of action or a court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/01/2012

s/Tommy Rosser
05/01/2012

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

s/ Edward F. Shea

Signature of Judicial Officer

May 1, 2012

Date