PROB 12C
(7/93)

# United States District Court

## for the

### Eastern District of Washington

Report Date: May 23, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 23 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy L Roullier          Case Number: 2:08CR00121-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 10/29/2009

Original Offense:    Counterfeiting Obligations of the United States, 18 U.S.C. § 471

Original Sentence:   Prison - 14 months; TSR - 36 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney: Timothy Durkin           Date Supervision Commenced: 02/22/2010

Defense Attorney:    Richard Mount            Date Supervision Expires: 02/21/2013

---

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: Mr. Roullier violated conditions of his supervised release by consuming methamphetamine on or about April 30, May 15, 17, 21, 30, 2012. On the noted dates, the offender was instructed to appear at either Pioneer Human Services or the U.S. Probation Office, for urinalysis testing. All specimens revealed presumptive positive results for methamphetamine metabolites. The samples were subsequently sent to the laboratory for further analysis. The sample collected on April 30, 2012, has been confirmed positive for methamphetamine. |
| 3 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Timothy Roullier violated conditions of his supervised release by failing to appear for urinalysis testing on May 11, 2012. |

Prob12C
Re: Roullier, Timothy L
May 22, 2012
Page 2

| | | |
|---|---|---|
| | 4 | **Special Condition #18:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence:** Timothy Roullier violated conditions of his supervised release by failing to appear as directed for a substance abuse evaluation on May 14, 2012. The offender initially appeared on May 9, 2012, to participate in a substance abuse evaluation. He was instructed to return in order to complete the afore-mentioned evaluation on the noted date. On May 15, 2012, the offender appeared in the U.S. Probation Office as directed by the undersigned officer. The above-mentioned failures to appear for evaluation purposes were addressed with the offender. He admitted that he willfully decided against appearing at Pioneer Human Services for assessment purposes. Eventually, the offender agreed to participate as directed by the chemical dependency provider. Mr. Roullier completed the evaluation process on or about May 16, 2012.

The U.S. Probation Office respectfully recommends the Court issue a summons for requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 23, 2012

s/Tommy Rosser
05/23/2012

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

**s/ Edward F. Shea**

Signature of Judicial Officer

**May 23, 2012**

Date