PROB 12C
(7/93)

Report Date: June 7, 2012

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Timothy L Roullier    Case Number: 2:08CR00121-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: October 29, 2009

Original Offense:      Counterfeiting Obligations of the United States, 18 U.S.C. § 471

Original Sentence:     Prison - 14 months;           Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Timothy Durkin                Date Supervision Commenced: February 22, 2010

Defense Attorney:      Richard Mount                 Date Supervision Expires: February 21, 2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

5   **Special Condition #18:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

   **Supporting Evidence:** Timothy Roullier violated conditions of his supervised release by failing to appear for substance abuse counseling on May 30, June 4 and 5, 2012, as required. The offender commenced substance abuse counseling on May 21, 2012, pursuant to the Court modifying the existing conditions of supervision. Collateral contact with the assigned case manager confirms that the offender is not considered amenable to counseling efforts at this time.

6   **Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence:** Timothy Roullier violated conditions of his supervised release by failing to appear for urinalysis testing on June 5, 2012. The U.S. Probation Office received notice from Pioneer Human Services advising that the offender failed to appear for urinalysis testing as required on the above-mentioned date.

7   **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Timothy Roullier failed to report to the U.S. Probation Office in June 2012. To date, the offender has failed to contact the undersigned officer by telephone or in person.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition. It is recommended that the Court incorporate violations reported in the petition dated May 23, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2012

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other - to incorporate the violations reported in the May 23, 2012 petition.

Edward F. Shea
Signature of Judicial Officer

June 7, 2012
Date