PROB 12C
(7/93)

Report Date: June 19, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 19 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy L Roullier          Case Number: 2:08CR00121-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 10/29/2009

Original Offense:       Counterfeiting Obligations of the United States, 18 U.S.C. § 471

Original Sentence:      Prison - 14 months; TSR - 36          Type of Supervision: Supervised Release
                        months

Asst. U.S. Attorney:    Timothy Durkin                        Date Supervision Commenced: 02/22/2010

Defense Attorney:       Richard Mount                         Date Supervision Expires: 02/21/2013

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/23/2012 and 06/07/2012.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence:** Mr. Roullier violated conditions of his supervised release by consuming methamphetamine on or about June 14, 2012. On the noted date, the offender was instructed to appear at Pioneer Human Services, for urinalysis testing. The specimen revealed presumptive positive results for methamphetamine metabolites. The sample was subsequently sent to the laboratory for further analysis. |

Prob12C
Re:  Roullier, Timothy L
June 19, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Executed on: | June 19, 2012 |
|  | s/Tommy Rosser |
|  | Tommy Rosser<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

June 19, 2012
Date