PROB 12C
(7/93)

Report Date: June 26, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 27 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy L Roullier          Case Number: 2:08CR00121-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 29, 2009

| | | |
|---|---|---|
| Original Offense: | Counterfeiting Obligations of the United States, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 14 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Tim Durkin | Date Supervision Commenced: February 22, 2010 |
| Defense Attorney: | Richard Mount | Date Supervision Expires: February 21, 2013 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 23, June 7, and June 19, 2012.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: Mr. Roullier violated conditions of his supervised release by consuming methamphetamine on or about June 25, 2012. On the noted date, the offender was instructed to appear at Pioneer Human Services, for urinalysis testing. The specimen revealed presumptive positive results for methamphetamine metabolites. The sample was subsequently sent to the laboratory for further analysis. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 26, 2012
_____

                s/Tommy Rosser          06/26/2012
_____

Tommy Rosser
U.S. Probation Officer

Prob12C
Re: Roullier, Timothy L
June 26, 2012
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other  *incorporate with existing alleged violations*

_Edward F. Shea_
Signature of Judicial Officer

_June 27, 2012_
Date