GloriPROB 12C  
(7/93)

Report Date: July 19, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy L Roullier          Case Number: 2:08CR00121-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 10/29/2009

| | |
|---|---|
| Original Offense: | Making and Counterfeiting an Obligation of the United States, 18 U.S.C. § 471; Aiding and Abetting the Passing and Uttering a Falsely Made, Forged, and Counterfeited Obligation of the United States, 18 U.S.C. § 472 and 2 |
| Original Sentence: | Prison - 14 Months<br>TSR - 36 Months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Timothy Durkin | Date Supervision Commenced: | 2/22/2010 |
| Defense Attorney: | Richard Mount | Date Supervision Expires: | 2/21/2013 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 23, June 7, June 19, and June 26, 2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On June 25, 2012, the defendant was a participant of intensive outpatient treatment at Pioneer Human Services. Due to continued drug use, it was recommended that his level of treatment be increased to include inpatient drug treatment. Mr. Roullier entered inpatient drug treatment at Pioneer Center East on July 2, 2012.<br><br>Timothy Roullier was unsuccessfully discharged from inpatient treatment on July 19, 2012, due to program rule violations. Specifically, he continued alcohol and drug use while |

|  |  |
|---|---|
| 11 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

residing at the facility, and destruction of facility property.

**Supporting Evidence**: Mr. Roullier reported for inpatient drug treatment on July 2, 2012. He submitted a urine sample to Pioneer Center East at the time of his intake. The sample was confirmed positive for methadone, methamphetamine, and amphetamine.

On July 12, 2012, Mr. Roullier notified Tommy Rosser, U.S. probation officer, that his son had been the victim of a stabbing and was currently at Deaconess Hospital. Mr. Roullier was granted a 3-hour furlough from inpatient treatment on July 13, 2012, for the purpose of visiting his son at the hospital. Upon return to Pioneer Center East on July 13, 2012, he submitted a urine sample which tested positive for methadone and alcohol metabolites.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/19/2012

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

Signature of Judicial Officer

July 19, 2012
Date